UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRIA WILLIAMS,<br><br>              Plaintiff,<br><br>       v.<br><br>KIMBERLY KILLEN LAKE,<br><br>              Defendant. | Case No. 3:26-cv-00308-MMD-CLB<br><br>ORDER |

Pro se Plaintiff Terria Williams filed a complaint (ECF No. 1-1 ("Complaint")) on behalf of her 18-year-old autistic son alleging that Defendant Kimberly Killen Lake terminated her son's benefits without prior notice, and an application to proceed *in forma pauperis* (ECF No. 1 ("Application")). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla Baldwin, recommending that the Court grant Plaintiff's Application. (ECF No. 6.) Judge Baldwin also recommends dismissing the Complaint with 30 days leave to amend as to Plaintiff's social security claim, but with prejudice and without leave to amend as to her § 1983 claims. (*Id*.) Plaintiff had until May 22, 2026 to object to the R&R. To date, no objection has been filed.[1] For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but only if, one or both parties file objections to the

---

[1]Plaintiff filed a proposed amended complaint on May 20, 2026. (ECF No. 7 ("Amended Complaint").) However, the Amended Complaint contains claims that the Magistrate Judge has recommended be dismissed. Plaintiff also filed another application to proceed *in forma pauperis* (ECF No. 9) which the Court will deny as moot.

findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin finds that Plaintiff is unable to pay the filing fee and therefore recommends granting her application. (ECF No. 6 at 2.) Judge Baldwin further recommends dismissing the Complaint with 30 days leave to amend as to Plaintiff's social security claim, and dismissing Plaintiff's section 1983 claims because Defendant is a federal officer and there is no cause of action under section 1983 against federal agents acting under color of federal law. (*Id.* at 4-5.) The Court will adopt Judge Baldwin's R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed with leave to amend as to her social security claim, but with prejudice and without leave to amend as to her section 1983 claims.

The Court notes that Plaintiff filed an Amended Complaint (ECF No. 7), but the Court gives leave for Plaintiff to file an amended complaint consistent with this order adopting the R&R within 30 days from the date of this order. Failure to comply with result in dismissal of this action without prejudice.

It is further ordered that Plaintif's second application to proceed *in forma pauperis* (ECF No. 9) is denied as moot.

It is further ordered that Plaintiff's motion to appoint guardian ad litem (ECF No. 10) is denied as moot by the dismissal of the claims in the original complaint.

DATED THIS 1st Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2