**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| TERRIA WILLIAMS, | Case No. 3:26-CV-00308-MMD-CLB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION AND TO EXTEND THE DEADLINE TO FILE AMENDED COMPLAINT** |
| v. | |
| KIMBERLY KILLEN LAKE, | [ECF No. 12] |
| Defendant. | |

Before the Court is Plaintiff Terria Williams' ("Williams") motion to clarify the District Court's order adopting the undersigned's report and recommendation, (*see* ECF No. 11), and to extend the deadline for her to file her amended complaint by 30 days. (ECF No. 12.) Specifically, Williams asks the Court to clarify the following language: "The Court notes plaintiff filed an amended complaint (ECF No. 7), but the Court gives leave for Plaintiff to file an amended complaint consistent with this order adopting the R&R within 30 days of this order." (ECF No. 12; *see also* ECF No. 11 at 2.) This language acknowledged the fact Williams filed an amended complaint already, but did so prior to the District Court issuing its order. Thus, Williams did not have the benefit of the District Court's order when she drafted her amended complaint. The Court therefore afforded Williams an additional 30 days to update and refile her amended complaint if she desired.

If, however, Williams believes the amended complaint she filed on May 20, 2026, (ECF No. 7), sufficiently addresses the deficiencies outlined in the report and recommendation, (ECF No. 6), and the order adopting it, (ECF No. 11), Williams need not file an updated amended complaint. Williams may instead rely on her initial amended complaint, (ECF No. 7), and the Court will screen it in the normal course.

///

///

///

**IT IS THEREFORE ORDERED** that Williams' motion for clarification and to extend the deadline to file her amended complaint is **GRANTED**. On or before **July 31, 2026**, Williams shall file either: (1) an updated amended complaint; or (2) a notice informing the Court she wishes to rely on the amended complaint she filed on May 20, 2026. Williams is advised to carefully review the report and recommendation, (ECF No. 6), and order adopting it, (ECF No. 11), to ensure she has addressed the deficiencies identified by the Court with her initial complaint.

**DATED**: _June 29, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**

2