UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TERRIA WILLIAMS,

Plaintiff,

v.

KIMBERLY KILLEN LAKE,

Defendants.

Case No. 3:26-cv-00308-MMD-CLB

ORDER

*Pro se* Plaintiff Terria Williams filed an Amended Complaint. (ECF No. 14 (“FAC”).) Before the Court is the Report and Recommendation (“R&R”) of United States Magistrate Judge Carla L. Baldwin, recommending that Williams’ FAC be dismissed with leave to amend. (ECF No. 15.) Plaintiff had until September 10, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) (“De novo review of the magistrate judges’ findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.”). In the R&R, Judge Baldwin reviewed Williams’ FAC and determined Williams failed to include sufficient facts demonstrating that she properly exhausted her administrative remedies to appeal the termination of her son’s disability benefits. (ECF No. 15 at 3.) Judge Baldwin also found it was unclear whether Williams followed the formal reconsideration process to appeal the termination and had her requests ignored, or whether she informally requested consideration. (*Id.*) Accordingly, Judge Baldwin recommended dismissal with leave to amend. (*Id.* at 5.) The Court agrees and will adopt Judge Baldwin’s recommendations.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 15) is accepted and adopted in full.

It is further ordered that Williams' First Amended Complaint (ECF No. 14) is dismissed with leave to amend. Williams has 30 days from the date of entry of this order to file a second amended complaint curing the deficiencies of her First Amended Complaint. Failure to timely file an amended complaint may result in dismissal of this action for failure to state a claim.

DATED THIS 15th Day of September 2026,

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE