UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRIA WILLIAMS,<br>Plaintiff,<br>v.<br>KIMBERLY KELLEN LAKE,<br>Defendant. | Case No. 3:26-cv-00308-MMD-CLB<br>ORDER |

*Pro se* Plaintiff Terria Williams initiated this action to pursue claims relating to the termination of her son's Social Security benefits. (ECF No. 1-1). The Court has given Plaintiff prior opportunities to cure deficiencies in her initial Complaint and First Amended Complaint. (ECF Nos. 6, 15.) With leave of the court, Plaintiff filed a Second Amended Complaint. (ECF No. 17 ("SAC").) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending that the Court dismiss the SAC without prejudice and without leave to amend. (ECF No. 18 at 4.) Plaintiff had until November 17, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin screened Plaintiff's SAC and determined that Plaintiff still fails to allege that she properly exhausted her administrative remedies. (ECF No. 17 at 3-4.) Because Plaintiff has failed to cure the same deficiencies after being given three opportunities to plead her Social Security claim, Judge Baldwin recommended dismissal without prejudice and without

leave to amend. (*Id.* at 4.) The Court agrees, and will adopt Judge Baldwin's recommendations in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 18) is accepted and adopted in full.

It is further ordered that Plaintiff's Second Amended Complaint (ECF No. 17) is dismissed without prejudice and without leave to amend.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 24th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE